UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:    Case Number: 12-12441 ABA

Debtor: Francis A. Lapalomento, Jr.

| Check Number | Creditor | Amount |
|---|---|---|
| 1848221 | Select Portfolio Servicing, Inc. | 2487.00 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  June 3, 2014